## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

REHABCARE GROUP EAST, INC.,                                          PLAINTIFF
d/b/a REHABCARE GROUP THERAPY
SERVICES, INC.

v.                                    NO. 5:10CV00314 JLH

DAVIS NURSING ASSOCIATION,
d/b/a DAVIS LIFE CARE CENTER; and
HAZEL STREET NURSING ASSOCIATION,
d/b/a DAVIS EAST LTC                                                DEFENDANTS

### ORDER

The joint motion to extend discovery is GRANTED.  Document #12.  The discovery

deadline is hereby extended up to and including September 30, 2011.

IT IS SO ORDERED this 31st day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE