IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REHABCARE GROUP EAST, INC.,                                                                                      PLAINTIFF
d/b/a REHABCARE GROUP THERAPY
SERVICES, INC.

v.                                              NO. 5:10CV00314 JLH

DAVIS NURSING ASSOCIATION,
d/b/a DAVIS LIFE CARE CENTER; and
HAZEL STREET NURSING ASSOCIATION,
d/b/a DAVIS EAST LTC                                                                                             DEFENDANTS

## ORDER

The unopposed motion to stay and administratively close this action is GRANTED. Document #19. The pending motion for summary judgment is denied as moot. Document #15. The Clerk is directed to terminate this action administratively. Any party may move to reopen this action between now and October 31, 2013, as necessary to enforce the terms of the Forbearance Agreement described in the motion to stay. If neither party files a motion to reopen this action on or before October 31, 2013, this administrative termination will automatically convert to a dismissal with prejudice.

IT IS SO ORDERED this 26th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE