UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CASE NO. 5:10-CV-00314-JLH

REHABCARE GROUP EAST, INC.     PLAINTIFF
d/b/a REHABCARE GROUP THERAPY
SERVICES, INC.

v.

DAVIS NURSING ASSOCIATION     DEFENDANTS
d/b/a DAVIS LIFE CARE CENTER, *et al.*

---

### AGREED JUDGMENT

---

Defendants, Davis Nursing Association d/b/a Davis Life Care Center and Hazel Street Nursing Association d/b/a Davis East LTC, consent to entry of Judgment in favor of Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc. ("RehabCare"), in the amount of $425,000, less any payments made pursuant to a Forbearance Agreement between the parties, plus interest and attorneys' fees.

IT IS HEREBY ORDERED & ADJUDGED that Plaintiff, RehabCare Group, East, Inc. d/b/a RehabCare Group Therapy Services, Inc. shall have Judgment against Defendants, Davis Nursing Association d/b/a Davis Life Care Center and Hazel Street Nursing Association d/b/a Davis East LTC in the amount of $425,000, less any payments made pursuant to a Forbearance Agreement between the parties, plus interest and attorneys' fees.

THIS IS A FINAL AND APPEALABLE JUDGMENT, THERE BEING NO JUST CAUSE FOR DELAY IN ITS ENTRY.

Dated: June 7, 2013

JUDGE, UNITED STATES DISTRICT COURT

Have seen and agree:

WILLIAMS & ANDERSON, PLC
Teresa M. Wineland

*[signature]*

111 Center Street
Suite 2200
Little Rock, AR 72201-2413
501-372-0800
Email: twineland@williamsanderson.com

*Counsel for Defendants*

FULTZ MADDOX HOVIOUS & DICKENS PLC
Phillip A. Martin

*[signature]*

101 South Fifth St., 27th Floor
Louisville, KY 40202
(502) 588-2000
Fax: (502) 588-2020
pmartin@fmhd.com

*Co-Counsel for Plaintiff*

FRIDAY, ELDREDGE & CLARK LLP
David D. Wilson
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
(501) 376-2011
Fax: (501) 244-5380
wilson@fridayfirm.com

*Co-Counsel for Plaintiff*

{00347149}